# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** May 28, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **COVINGTON, Michael Alexis**
**Case No.: 7:18-CR-3-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On May 30, 2018, Michael Alexis Covington was convicted of Possession With Intent to Distribute a Quantity of Cocaine. Mr. Covington appeared in United States District Court for the Eastern District of North Carolina and received 48 months imprisonment, followed by 3 years of supervised release. He began supervision on September 17, 2021.

Mr. Covington has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. He has been on low intensity supervision since January 2023. All drug screens have been negative. Mr. Covington is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on September 16, 2024.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting the defendant's "most recent conviction relates to his distribution of large quantities of cocaine while on supervised release from a 2008 federal drug conviction." Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.

☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.


_____          _____
Terrence W. Boyle                                          Date
United States District Judge

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                          **Crim. No. 7:18-CR-3-1BO**

**MICHAEL ALEXIS COVINGTON**

On September 17, 2021, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.


/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 28, 2024


### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___28___ day of __May_____, 2024.


_____
Terrence W. Boyle
United States District Judge